USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
EUGENIA CAICEDO, on behalf of herself, :
Nationwide FLSA Collective Plaintiffs and the :
Class, :
                                     Plaintiffs, :
                -against- :           21-CV-5642 (VEC)
                               :
THE ANTHEM COMPANIES, INC. :               ORDER
F/K/A THE WELLPOINT COMPANIES, INC., :
                               :
                            Defendant. :
----------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on February 18, 2022, the parties appeared for an initial pre-trial conference.

       IT IS HEREBY ORDERED that by no later than **Monday, February 28, 2022**, Plaintiff must file amended complaints in this litigation and in the litigation proceeding in the Southern District of Indiana.  The amended complaint in this litigation must clarify that the proposed FLSA collective is limited to employees based in New York state and the amended complaint in the Indiana litigation must clarify that the proposed FLSA collective and the proposed class under various state labor laws excludes employees based in New York.  Plaintiff must also file a redlined version of his amended complaint in this litigation.

       IT IS FURTHER ORDERED that any motion for collective certification is due no later than **Friday, March 25, 2022**, any response in opposition is due no later than **Thursday, April 28, 2022**, and any reply in support is due no later than **Friday, May 13, 2022**.  The Court will enter a Case Management Plan after the Court has resolved the motion for collective certification.

IT IS FURTHER ORDERED that if, at any time, both parties want a settlement conference with the assigned Magistrate Judge, they may submit a joint letter requesting a referral.

**SO ORDERED.**

Date: February 18, 2022
New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**