# LEE LITIGATION GROUP, PLLC

### 148 WEST 24TH STREET, 8TH FLOOR
### NEW YORK, NY 10011
### TEL: 212-465-1188
### FAX: 212-465-1181
### INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
                     cklee@leelitigation.com

June 7, 2022

**Via ECF**

The Honorable Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/07/2022

**MEMO ENDORSED**

Re:    *Caicedo v. The Anthem Companies, Inc.*
       Case No.: 1: 21-cv-05642 (VEC)

Dear Judge Caproni:

We are counsel to Plaintiff in the above-referenced matter. We write to request an extension of time of one week to respond to the Court's June 2, 2022, Order to Show Cause as to why the Court should not stay this action pending the resolution of the SDIN case, Plaintiff's response to which is currently due June 10, 2022.

The reason for this request is that the attorney who ordinarily handles this case is out of town until next week. No past requests for extension have been made. Plaintiff has corresponded with Defendant and Defendant does not oppose Plaintiff's request.

We thank Your Honor for considering our request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

Application GRANTED.  Plaintiff's response to the order to show cause is due **Friday, June 17, 2022**.

SO ORDERED.

Date: June 7, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE