USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
EUGENIA CAICEDO, on behalf of herself, :
Nationwide FLSA Collective Plaintiffs and the :
Class, :
: 
                      Plaintiffs, :
       -against- :    21-CV-5642 (VEC)
:
THE ANTHEM COMPANIES, INC. : ORDER
F/K/A THE WELLPOINT COMPANIES, INC., :
:
                      Defendant. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 2, 2022, the Court ordered Plaintiff's counsel to show cause why the Court should not stay this action pending resolution of the *Fillipo* matter in the Southern District of Indiana, Dkt. 53; and

WHEREAS on June 17, 2022, Plaintiff responded to the Court's order to show cause, Dkt. 62.

IT IS HEREBY ORDERED that Defendants' response to Plaintiff's filing is due no later than **Friday, June 24, 2022**. Any reply by Plaintiff is due no later than **Friday, July 1, 2022**.

**SO ORDERED.**

Date:  **June 19, 2022**
        **New York, New York**

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**