```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EUGENIA CAICEDO,

                           **Plaintiff,**                      21-CV-05642 (SN)

       -against-                                 **ORDER**

THE ANTHEM COMPANIES, INC.,

                          **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On March 2, 2023, the parties were ordered by the then-presiding Honorable Valerie E. Caproni to file a status letter within one week of the conclusion of the parties' ongoing mediation or by April 28, 2023, whichever came first. On April 26, 2023, the parties consented to my jurisdiction. To date, the parties have filed no status letter. Accordingly, the parties are directed to do so no later than May 8, 2023.

**SO ORDERED.**

_/s/ Sarah Netburn_
SARAH NETBURN
United States Magistrate Judge

DATED:    May 4, 2023
                New York, New York