UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EUGENIA CAICEDO,

                Plaintiff,     21-CV-05642 (VEC)(SN)

    -against-     **ORDER**

THE ANTHEM COMPANIES, INC.,

                Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On May 9, 2023, the Court granted the parties' request that they be given 30 days to submit their settlement agreement to the Court. See ECF No. 87. Accordingly, the parties' stipulation was due no later than June 8, 2023. To date, no such filing has been made.

    The parties are directed to file their stipulation of dismissal no later than June 22, 2023. In the alternative, the parties may file a status letter by that same date.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    June 15, 2023
                 New York, New York