UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

EUGENIA CAICEDO,

                          Plaintiff,

      -against-

THE ANTHEM COMPANIES, INC.,

                         Defendant.

-------------------------------------------------------------X

21-CV-05642 (SN)

**ORDER OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/2023

**SARAH NETBURN, United States Magistrate Judge:**

        On July 6, 2023, following mediation, the parties to this Fair Labor Standards Act case submitted their settlement agreement to the Court for approval. ECF No. 91. Upon review of the parties' written agreement, I conclude that the settlement is fair and reasonable. Based on this agreement, and on the stipulation of the parties under 28 U.S.C. § 636(c), this action is DISMISSED with prejudice with leave to reopen by August 14, 2023.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    July 17, 2023
               New York, New York